UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONIA TODD | CIVIL ACTION |
| VERSUS | NO: 14-1101 |
| CITY OF MORGAN CITY, ET AL. | SECTION: R(5) |

# ORDER AND REASONS

Defendant City of Morgan City moves the Court for summary judgment under Federal Rule of Civil Procedure 56 on plaintiff Sonia Todd's claim for punitive damages.[1] Todd filed a civil rights lawsuit under 42 U.S.C. § 1983 against Morgan City and others, alleging that defendant Justin Palmature, a correctional officer at the Morgan City jail, sexually harassed her and other female inmates.[2] To the extent that Todd seeks punitive damages from Morgan City, those claims fail as a matter of law. As the Supreme Court holds, "§ 1983 plaintiffs may not recover punitive damages against a municipality." *Jefferson v. City of Tarrant, Ala.*, 522 U.S. 75, 79 (1997) (citing *Newport v.*

---

[1]  R. Doc. 32.

[2]  R. Doc. 1.

*Fact Concerts, Inc.*, 453 U.S. 247 (1981). Accordingly, the Court GRANTS Morgan City's Motion for Partial Summary Judgment on Plaintiff's Demand for Punitive Damages.

New Orleans, Louisiana, this 10th day of December, 2015.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE